UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

LAWRENCE K. BUTCHER AND JENNIFER BUTCHER     PLAINTIFFS/COUNTER-
                                             CLAIMANTS

V.                                           CIVIL ACTION NO. 1:06cv423-LTS-RHW

ALLSTATE INSURANCE COMPANY                   DEFENDANT

RH CONSTRUCTION, INC.                        INTERVENOR/COUNTER-
                                             DEFENDANT

## ORDER CANCELING MEDIATION

After reviewing the pleadings (and their various allegations) in this cause of action, the Court has determined that this matter is not appropriate for inclusion in the special mediation program being utilized by the Court.

Accordingly, **IT IS ORDERED**:

The [24] Order for Mediation dated January 10, 2007, is hereby **RESCINDED**.

**SO ORDERED** this the 22nd day of January, 2007.

s/ *L. T. Senter, Jr.*
L. T. Senter, Jr.
Senior Judge